IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCBRIDE, | § |
| | § |
| Plaintiff, | §   Civil Action No. 2:15-cv-00867-CB |
| | § |
| v. | § |
| | § |
| ALLY FINANCIAL SERVICES, | § |
| | § |
| Defendant. | § |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: October 13, 2017

By: /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
kimmel@creditlaw.com
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Craig Thor Kimmel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Ann McClure, Esq.
Troutman Sanders LLP
875 Third Avenue
New York NY 10022
Phone: (212) 704-6185
Email: ann.mcclure@troutmansanders.com

Jason E Manning, Esq.
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach VA 23462
Phone: (757) 687-7564
Fax: (757) 687-1524
Email: jason.manning@troutmansanders.com

Jon Kenney, Esq.
Troutman Sanders, LLP
222 Central Park Avenue
Suite 2000
Virginia Beach VA 23462
Phone: (757) 687-7529
Fax: (757) 687-7510
Email: Jon.Kenney@TroutmanSanders.com
Attorneys for Defendant

DATED: October 13, 2017

By: /s/ Craig Thor Kimmel
  Craig Thor Kimmel, Esq.
  Kimmel & Silverman, P.C.
  30 E. Butler Avenue
  Ambler, PA 19002
  Tel: 215-540-8888
  Fax: 215-540-8817
  kimmel@creditlaw.com
  Attorney for the Plaintiff