IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCBRIDE, § § | |
| Plaintiff, § | Civil Action No. 2:15-cv-00867-CB |
| § § | |
| v. § | |
| § § | |
| ALLY FINANCIAL, INC., § § | |
| Defendant. § § | |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Jason E. Manning* | */s/ Craig T. Kimmel* |
| Jason E Manning | Craig T. Kimmel, Esq. |
| Troutman Sanders LLP | Kimmel & Silverman, P.C. |
| 222 Central Park Avenue | 30 East Butler Pike |
| Suite 2000 | Ambler, PA 19002 |
| Virginia Beach VA 23462 | Phone: (215) 540-8888 |
| P: (757) 687-7564 | Fax: (877) 788-2864 |
| F: (757) 687-1524 | Email: kimmel@creditlaw.com |
| jason.manning@troutmansanders.com | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| Date: December 18, 2017 | Date: December 18, 2017 |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 18th day of December, 2017:

Jason E. Manning, Esq.
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
757-687-7564
Fax: 757-687-1524
Email: jason.manning@troutmansanders.com

Jonathan M. Kenney
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Phone: 757-687-7529
Fax: 757-587-7510
Email: jonathan.kenney@troutmansanders.com
Attorneys for the Defendant

                                        */s/ Craig T. Kimmel*
                                        Craig T. Kimmel, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (877) 788-2864
                                        Email: kimmel@creditlaw.com
                                        Attorney for the Plaintiff