IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCBRIDE, | § |
| Plaintiff, | § § § Civil Action No. 2:15-cv-00867-CB |
| v. | § § |
| ALLY FINANCIAL, INC., | § § |
| Defendant. | § § § |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Jason E. Manning* | */s/ Craig T. Kimmel* |
| Jason E Manning | Craig T. Kimmel, Esq. |
| Troutman Sanders LLP | Kimmel & Silverman, P.C. |
| 222 Central Park Avenue | 30 East Butler Pike |
| Suite 2000 | Ambler, PA 19002 |
| Virginia Beach VA 23462 | Phone: (215) 540-8888 |
| P: (757) 687-7564 | Fax: (877) 788-2864 |
| F: (757) 687-1524 | Email: kimmel@creditlaw.com |
| jason.manning@troutmansanders.com | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| Date: December 18, 2017 | Date: December 18, 2017 |

BY THE COURT:

December 18, 2017        s\Cathy Bissoon

United States District Judge